# EDWARDS ANGELL PALMER & DODGE LLP

One Giralda Farms  Madison, NJ  07940   973.520.2300   fax 973.520.2600   eapdlaw.com



## MEMO ENDORSED

Martin W. Aron
973.520.2315
maron@eapdlaw.com

September 18, 2007



Hon. Stephen C. Robinson
United States District Court
 Southern District of New York
300 Quarropas Street
White Plains, New York   10681

    Re:    Bernard v. Spencer
             Case No. 07-cv 7816 (SCR)
             Our File No. 301745-0001

Dear Judge Robinson:

Pursuant to your Honor's directives, please be advised that the parties have agreed to the following briefing schedule in connection with the above-referenced matter:

    All Motion papers to be filed and delivered to each party by Friday, September 28, 2007;
    Opposition papers to be filed and delivered to each party by Friday, October 12, 2007;
    Reply papers to be filed and delivered to each party by Friday, October 19, 2007.

Respectfully submitted,

Martin W. Aron
MWA/cas
cc:  Mr. Robert Bernard, plaintiff *pro se*



APPLICATION GRANTED
*Stephen C Robinson*
HON. STEPHEN C. ROBINSION
9/21/07