UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Martin W. Aron (MA2008)
EDWARDS ANGELL PALMER & DODGE LLP
One Giralda Farms
Madison, New Jersey  07940
(973) 520-2300
Attorneys for Defendant

*Document Electronically Filed*

| | |
|---|---|
| ROBERT E. BERNARD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HELEN GRACE SPENCER, a/k/a HELEN GRACE McDERMID, a/k/a/ HELEN McDERMID SPENCER,<br><br>　　　　　　Defendant. | No. 07-cv-07816 SCR<br><br>**NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT** |

　　　　Defendant Helen Grace Spencer moves to dismiss this action pursuant to Fed. R. Civ. P. 9(b), for failure to plead fraud with particularity, and pursuant to Fed. R. Civ. P. 12(b)(6).  This motion is made upon the amended complaint and the Affidavit of Martin W. Aron dated the 28th day of September 2007, together with the exhibits thereto.

Dated:  Madison, NJ
　　　　September 28, 2007

　　　　　　　　　　　　　　　　　　S/Martin W. Aron
　　　　　　　　　　　　　　　　　　Martin W. Aron (MA2008)
　　　　　　　　　　　　　　　　　　EDWARDS ANGELL PALMER & DODGE LLP
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　One Giralda Farms
　　　　　　　　　　　　　　　　　　Madison, New Jersey  07940
　　　　　　　　　　　　　　　　　　(973) 520-2300
　　　　　　　　　　　　　　　　　　email: maron@eapdlaw.com

- 2 -

TO:

Robert Bernard, plaintiff *pro se*
82 Timberbrook Road
Rockaway, New Jersey  07866

## AFFIRMATION OF SERVICE

  Martin W. Aron, Esq., affirms under penalty of perjury pursuant to CPLR 2106 that he is an attorney admitted to practice in the United States District Court, Southern District of New York, a member in good standing of this Court, over the age of 18 years, not a party to this action, resides in Union County, New Jersey, and that on the 28th day of September 2007 he served a true copy of the annexed Notice of Motion to Dismiss, supporting Affidavit and Memorandum of Law upon:

  Robert E. Bernard, plaintiff *pro se*
  82 Timberbrook Road
  Rockaway, New Jersey  07866

by enclosing a true copy of same and sending via Federal Express next day delivery.

           S/Martin W. Aron
           Martin W. Aron (MA2008)
           EDWARDS ANGELL PALMER & DODGE LLP
           Attorneys for Defendant
           One Giralda Farms
           Madison, New Jersey  07940
           (973) 520-2300
           email: maron@eapdlaw.com

205334